UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMUEL FIZER,**

    Plaintiff,

                                                                                 Civil No. **09-10729**
                                                                                 Hon. John Feikens

    v.

**CITY OF DETROIT, et al**

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **5/17/2010**, and noted that no objections were filed by either party,

**IT IS HEREBY ORDERED** that the Report is adopted and all claims against the City of Detroit and against defendant Cyril Davis are DISMISSED with prejudice. **IT IS FURTHER ORDERED** that the state law claims involving claims of intentional conduct against defendant Ernest Cleaves are DISMISSED with prejudice.

                                                                    **s/John Feikens**
                                                                    John Feikens
                                                                    United States District Judge

Dated:  June 21, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 21, 2010.

s/Carol Cohron
Deputy Clerk